IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTWINE HALL** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 19-0110** |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA LAW DEPARTMENT,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 30th day of September 2020, upon consideration of Defendants' *motion for summary judgment*, [ECF 9], Plaintiff's response in opposition, [ECF 12], and Defendants' reply, [ECF 15], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendants' motion for summary judgment is **GRANTED**, and **JUDGMENT** is entered in favor of Defendants Commissioner Richard Ross, Jr., and Detectives Craig Coulter, Thad Wolkiewicz, John Druding, Justin Falcone, and Donald Suchinsky, and against Plaintiff Antwine Hall on Count I.

It is further **ORDERED** that Count I, as against all individual defendants other than those identified above, and Counts II through V in their entirety, are deemed **WITHDRAWN**, with prejudice, and Counts VI and X (the state law claims) are **DISMISSED** without prejudice.

The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*